■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAQUAWN O. JOHNSON, Appellant. [918 NYS2d 922]—

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of robbery in the first degree (Penal Law § 160.15 [4]). County Court properly refused to suppress defendant's statements to the police. The testimony at the suppression hearing supports the court's conclusion that those statements were not the product of a *Payton* violation. Defendant was not arrested at his home but, rather, he voluntarily consented to accompany the police officers to the police station and made the statements in question there (*see People v Locke*, 25 AD3d 877, 878-879 [2006], *lv denied* 6 NY3d 835 [2006]; *People v Shene*, 291 AD2d 823 [2002], *lv denied* 98 NY2d 655 [2002]). Present—Scudder, P.J., Fahey, Carni, Green and Gorski, JJ.